STATE OF CONNECTICUT *v.* LEE A. HENRY, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 30652) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Lee A. Henry, Jr.*, pro se, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided September 17, 2009